FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

99 FEB 25 PM 2: 12

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| TOBIE ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 98-G-2882-S |
| | ) | |
| DR. CANE, DR. LAYBORN, NURSE DON WOOF, NURSE CASH, NURSE LAWRENCE, DR. KENNETH, STATE WIDE DIRECTOR FOR CORRECTIONAL MEDICAL SERVICES, NURSE ROAD DELL, WARDEN MITCHEM, WARDEN JONES, OFFICER GREGORY KING, OFFICER ROBERT J. ANDERSON, CAPTAIN CARTER, CAPTAIN MYERS, LT. FREEMAN, SGT. JONES, OFFICER KING, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ENTERED
FEB 25 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 2, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 25th day of Feb, 1999.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE